**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRUS BROOKS,<br><br>        Petitioner,<br><br>        v.<br><br>KELLY HARRINGTON,<br><br>        Respondent. | No. CV 09-7095-ODW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.[1] The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be

---

[1] Petitioner filed a letter which may be construed as his objections, but which does not identify any exhausted federal claims. Respondent has not filed a response to these "objections."

entered summarily dismissing this petition, without prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: May 18, 2010

_____
OTIS D WRIGHT, II
United States District Judge