**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEMETRUS BROOKS, | ) | No. CV 09-7095-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KELLY HARRINGTON, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice.

DATED: <u>May 18, 2010</u>

_____
OTIS D WRIGHT, II
United States District Judge